HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NIKITA OZKAN, | CASE NO. C17-5144RBL |
| Plaintiff, | ORDER |
| v. | |
| UNKNOWN DEFENDANTS, | |
| Defendant. | |

THIS MATTER is before the Court on pro se plaintiff Nikita Ozkan's Motion for leave to proceed *in forma pauperis*, supported by his proposed complaint and a variety of exhibits [Dkt. #1].

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir.

1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

     A *pro se* Plaintiff's complaint is to be construed liberally, but like any other complaint it must nevertheless contain factual assertions sufficient to support a facially plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). A claim for relief is facially plausible when "the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

     Ozkan's complaint does not meet this standard, no matter how liberally construed. It does not name any defendants, and it does not contain a single complete sentence. It is instead a disorganized collection of words:

> $500,000 Thousand Supplement
>
> In the United States District Court For the District of State
>
> Of Violations Rights and Notice Household Items Exhibits, Evidence On Lawful Entenens Consoirizings Human Media

> Conspiracy Museum Misleading and Imposing Items and Impose Private Property Distributions Violators Burgleries Burgliazing Stolen Imposed Manslaughter Murder Five Million Dollars Damages Punitive Given Correspond Corredinate Contributions Supplements Awarded Grants

The Court cannot make sense of these words. The Motion to proceed *in forma pauperis* is DENIED. The **Plaintiff shall pay the filing fee or file an amended complaint within 14 days of the date** of this order. If he does not, the case will be **dismissed without further notice**.

Any amended complaint should describe, in complete sentences: the parties, the nature of the claims, a statement of facts (preferably in chronological order) describing the "who what where when and why" of the claim, the legal basis for the claim, and a statement of the Court's jurisdiction over the parties and the subject matter. It should also identify the relief sought and the basis for it. A number alone, regardless of its size, will not suffice.

IT IS SO ORDERED.

Dated this 27th day of February, 2017.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER - 3