HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NIKITA OZKAN,

        Plaintiff,

  v.

UNKNOWN DEFENDANTS,

        Defendant.

CASE NO. C17-5144RBL

ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff Ozkan's proposed amended complaint [Dkt. #3] in support of his application to proceed *in forma pauperis* [Dkt. #1].

The Court ordered Ozkan to pay the filing fee or file an amended proposed amended complaint addressing a number of deficiencies in his first attempt. [Dkt. #2]. The Document he filed in response is no closer to articulating a plausible claim than was his first complaint.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed

*in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Ozkan's proposed amended complaint does not meet this standard. It remains a disorganized collection or words, and it has not identified any single act or defendant or claim. It has no ascertainable "facts;" it does not make sense:

> Board of County Commissioners
> Wasco Sherman County OREGON
>
> Claim Form Procedures the following form is in New Information Provide Process More Acrite Notice of Rights Proceed Lawsuit In County Jail In Prisonment Valiating Case Homicide Alcohol Beverage Federal From it Attorney form and Completely Proceing Supplement Dismissal Consitute Female Techenicians Picurement Instruments County Jail Prisoner $10 million Dollars

> [handwritten sample:]
> *Dalles Washington In County Jail*
> *Murder Adultery Sexuals Necloopnes*
> *Prisoner In Key Rang Sell Door Pad*
> *Over Vialafong Case Homeride*
> *Debt Revers Chains Wrapped Around*
> *In Dalles County Jail Wired Tupping*
> *Prisoner With Briefcase Federal Bureau*
> *Mental Burjaily Court and Hearings*
> *Menslaughter Declare Act and Actions*

The document is 28 pages long, but the above sample is representative of the remainder.

The Motion to proceed in forma pauperis is DENIED, and this case is DISMISSED as frivolous on its face. The Clerk shall send the plaintiff a copy of this Order and close the case.

IT IS SO ORDERED.

Dated this 22nd day of May, 2017.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL - 3